IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 4:22-CR-00002-CDL-MSH |
| | : |
| **DERON JONTAUE RUFFIN,** | : |
| | : |
| Defendant. | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 4:22-CR-02 should be unsealed as to Defendant now that he has been made aware of his charges, retained counsel, and will appear for arraignment on the charges in the present case,

IT IS ORDERED that Case No. 4:22-CR-02, be unsealed.

SO ORDERED, this 15th day of February, 2022.

s/Stephen Hyles_____
STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

/s/ C. Shanelle Booker_____
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY